# Exhibit A




```
                                              PAGE 1 OF 1
                                              BANK OF AMERICA, N.A.
                                              WIRE TRANSFER ADVICE
                                              1 FLEET WAY        PA6-580-04-05
                                              SCRANTON, PA       18507
```

WX 0000     000 748 019297 ##01 AT 0.365
ALEXANDER W SWANSON III
NANCY L. SWANSON
95 NEW YORK AVE
SMITHTOWN NY 11787-3447

```
                                              DATE: 06/15/11
                                              DIRECT INQUIRIES TO:
                                              800.729.9473 OPTION 2
                                              ACCOUNT: 483029599164
```

THE FOLLOWING WIRE WAS DEBITED TODAY:                USD AMOUNT $45,000.00

TRANSACTION REF:      2011061500245793         SERVICE REF: 008629
RELATED REF:          01110615004326NN         IMAD: 20110615B6B7HU3R008629
INSTRUCTING BANK:     BANK OF AMERICA NA - BFT  ID: BFTA
BENEFICIARY:          MARGARET F VASILY        ID: 6817-4987
BENEFICIARY'S BANK:   ETRADE BANK              ID: 056073573

Recycled Paper

# Bank of America

**Funds Transfer Request and Authorization (FTRA)**

## Section I: Requestor/Originator Information

| Field | Value |
|---|---|
| Requestor Name | Alexander W Swanson |
| Business Name (if applicable) | |
| Address | 95 New York Ave |
| City | Smithtown |
| State | NY |
| Zip | 11787 |
| Date Wire to be Sent | 6/15/2011 |
| Telephone # | 631.605.0086 |

| Customer ID Type 1 | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| Driver License | 559154684 | NY/USA | 01/25/2005 | 01/27/2013 |
| Customer ID Type 2 | ID# | Issue State/Country | Issue Date | Expiration Date |
| BOA DEBIT CARD | n/a | n/a | n/a | 05/15 |

## Section II: Associate Accepting Wire

| Associate Name | Phone and Fax # | Unit Co#/CC# | Date | Time |
|---|---|---|---|---|
| Melissa Brenner | 631.265.8110 / 631.265.8805 | 487 /0094233 | 6/15/2011 | 1:43 |

Callback Required if Phone, Fax or Letter ☐ Yes ☑ N/A   Name/Number of Person Contacted   Date/Time
Call Back Completed by:

## Section III: Domestic Payment Instructions

| Amount of Wire | Debit Account Type | Serial # (For ICA/GL) or Repetitive ID# | Source | |
|---|---|---|---|---|
| $45,000 | ☑ CHKG ☐ SAV ☐ ICA ☐ GL | | ☐ Fax ☐ Phone ☐ Letter | ☑ OTC |

| Account Debit | State | Available Balance |
|---|---|---|
| 483029599164 | NY | $ 293395.46 |

Account Title: Alexander W Swanson III/ Nancy L. Swanson

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| $ | | | $ 25.00 |

## Section IV: International Payment Instructions ☐ Check here if funds must be sent in US dollars.

| USD Amount of Wire | Country | Rate | Foreign Currency Code | Foreign Currency Amount |
|---|---|---|---|---|
| $ | | | | |

| Debit Account Type | Serial # | FX Reference ID | Source | |
|---|---|---|---|---|
| ☐ CHKG ☐ SAV ☐ ICA ☐ GL | | | ☐ Fax ☐ Phone ☐ Letter | ☐ OTC |

| Account Debit | State | Available Balance |
|---|---|---|
| | | $ |

Account Title:

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| $ | | | $ |

## Section V: Wire Information

| Beneficiary Name | Beneficiary Account # or IBAN |
|---|---|
| Margaret F Vasily | 6817-4987 |

Beneficiary Address: Street   City   State   Country   Zip

| Beneficiary Bank Name | ABA # or Swift or National ID |
|---|---|
| E Trade Bank | 056073573 |

Beneficiary Bank Address: Street   City Arlington   State VA   Country USA   Zip

Additional Instructions:

Send Thru Bank/IBK (if available)   ABA # or Swift or National ID
Send Thru Bank Address: Street   City   State   Country   Zip

## Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see page 2 of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV, or, if no rate is entered, the rate provided by Bank of America at the time the wire transfer is sent.

Customer's Signature: [signature]   Date of Request: 6/15, 2011

## Section VII: Approval and Wire System Entry / Verification (Complete manually)

Signature Verification: Type of account: ☐ Business (Required for all) ☑ Personal (Required if $10,000 or more unless customer is well-known)
Indicate Method of Signature Verification: ☐ Signature Card ☐ Business Resolution ☐ Posted Check #

Approval (required field): [signature]   BAT Approval Authorization # (if applicable/attach approval)

Wire Entered by: Stephanie Augusta   Signature: [signature]   BFT System Time: 12:51:11   BFT Sequence #: 0111061500 4326

Date of Entry and Verification   Verified By (Name/Signature) (Attach Verification Screen Print) Signature:   BFT System Time

Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See OFAC in PRO
7-14-0237NSBW 04-2011

**Funds Transfer Agreement**

This is an Agreement between you ("Customer" or "you") and Bank of America, N.A. and its subsidiary banks ("Bank" or "we", "us", etc.)

By requesting Bank to execute payment orders to transfer funds for you, you hereby agree to the following terms and conditions:

1. The Bank will exercise reasonable efforts to execute all payment orders on the Business Day received, when received prior to our daily deadline which we may establish and change from time to time. "Business Day" means that part of a day during which the Bank is open for the receipt and processing of payment orders. Saturdays, Sundays, and bank holidays are not considered Business Days. You agree that the Bank may handle payment orders received from you and other customers in any order selected by us, and that we may use any means or routes which we, in our sole discretion, consider suitable for the transmission of funds. The Bank shall be under no obligation to make any transfer unless you have on deposit with the Bank in one or more accounts available funds sufficient to cover such transfer, or you present sufficient funds in person at the time of making the transfer request. However, the Bank may, in its sole discretion execute a payment order which causes an overdraft in your account in which case you shall be liable for the overdraft and any overdraft fees and interest thereon, as set forth in the Deposit Agreement which governs your account.

2. For all transfers of funds made out of the Bank accounts, we will mail a confirmation to you at the address indicated in our records. The confirmation will note the date and the amount of the transfer and the bank or institution to which the transfer was made. You agree to examine the confirmation promptly upon receipt and to notify us immediately of any discrepancy between the confirmation and your records. The Bank shall not be liable for interest compensation, as set forth below, unless the Bank is notified of the discrepancy within 30 days from the date of your receipt of the confirmation or your bank statement including the debit for the payment order in question, whichever is earlier.

3. You agree to pay all fees as determined by the Bank's fee schedules for money transfers, which we may change from time to time. You further agree to reimburse the Bank for any actual expenses we may incur to effect or revoke any transfer or perform any related act at your request. In addition, if you specify that your wire transfer should be routed through an intermediary or "send thru" bank, that bank may impose additional charges that will be charged to you.

4. You expressly agree that the Bank shall be liable to you only for our negligent performance or non-performance of the services provided pursuant to the Agreement, and that our responsibility thereunder shall be limited to the exercise of reasonable and ordinary care. The Bank shall not be liable for any error or delay on the part of any third party, including without limitation third parties used by the Bank, in executing any payment order or performing a related act, or for any error or delay in executing a payment order or performing a related act due to any cause other than our own failure to exercise reasonable and ordinary care, and no such third party shall be deemed to be our agent. Further, we shall not be liable to you or any third party for failure to execute any transfer or perform a related act if such failure is due to causes or conditions beyond our reasonable control, including, without limitation, strikes, riots, insurrection, war, military, or national emergencies, acts of God, natural disasters, fire, outage of computers or associated equipment, or failure of transportation or communication methods or power supplies. **In no event shall the Bank be liable for special, indirect or consequential damages, including, without limitation, loss or damage from subsequent wrongful dishonor resulting from Bank's acts or omissions, except as may be otherwise provided by law.** Bank shall not be liable for your attorney's fees, except as required by law. The Bank's liability shall, in the event of delay or failure to transfer, be limited to the interest on the amount which was to be transferred or the amount which was delayed, whichever is applicable, from business day of receipt of the payment order until the Bank executed the payment order. The Bank's liability shall, in the event of a transfer of an erroneous amount, be limited to a refund of the amount transferred in error, plus interest thereon from the date of the transfer until the date of the refund, but not to exceed sixty days. Except as may be limited by applicable law, you agree to indemnify the Bank and hold the Bank harmless (including payment of reasonable attorney's fees) against all liability to third parties arising out of, or in connection with, the terms and conditions of this Agreement or the services provided thereunder or otherwise pursuant to your instructions.

5. This agreement shall be governed by and construed and enforced in accordance with the internal laws of the state or commonwealth where the Bank's main office is located, and applicable federal law.

6. You acknowledge and agree that if a payment order describes a beneficiary inconsistently by name and account number, payment might be made by the beneficiary's bank on the basis of the account number, even if it identifies a person different from the named beneficiary, and that your obligation to pay the payment order issued by you to us shall not be excused by such payment.

7. Bank may at its option accept your cancellations or amendments to a payment order. You acknowledge that if the Bank attempts to cancel or amend then the reversal request or amendment must be agreed to by each financial institution which has accepted a payment order related to the funds transfer at issue before it will be acted upon and you further agree that the Bank shall have no liability if a cancellation or amendment is not effected. **You agree that you shall indemnify and hold the Bank and officers, directors, employees, and representatives harmless from and against any and all claims, demands, losses, liabilities and expenses, including attorneys' fees and costs, resulting directly or indirectly from compliance with your cancellation or amendment request.**

   RECALLING AN INTERNATIONAL WIRE TRANSFER
   Once an international wire transfer has been sent it cannot be cancelled. You may request an international wire transfer be recalled, and we will communicate your request to the beneficiary's bank. If the beneficiary's bank agrees to return the funds to us, then upon confirmation of receipt of funds in our account, we will credit your account at the current Bank of America retail buy rate for that currency that day. Please note that the exchange rate will be different from the original rate applied to the outgoing wire, which may result in a loss to you. Furthermore, the foreign bank may assess charges for their services, which will be deducted from the amount returned to you. We will have no liability to you if the foreign bank or foreign beneficiary refuses your request to recall the international wire transfer.

   RETURNED WIRES
   If an international wire transfer is returned by the receiving bank for no fault of ours, we will credit your account at the current Bank of America retail buy rate for that currency that day. Please note that the exchange rate will be different from the original rate applied to the outgoing wire, which may result in a loss to you. Furthermore, the foreign bank may assess charges for their services, which will be deducted from the amount returned to you.

8. In the event that the Bank shall be liable to you for interest compensation hereunder or under applicable law, interest shall be calculated on the basis of the average Federal Funds rate at the Federal Reserve Bank of Richmond for each day of the period involved computed on the basis of a 360-day year and shall be remitted by (1) direct payment to you, or (2) providing a balance earnings credit to your account with us.

9. The Bank hereby gives notice that payment orders may be executed through Fedwire, a funds transfer system operated by the Federal Reserve Banks, through **CHIPS** (Clearing House Interbank Payments System), a funds transfer system operated by the New York Clearing House or through **SWIFT** (Society for Worldwide Interbank Financial Telecommunication). With respect to payment orders which are executed through Fedwire, Federal Reserve Regulation J and all applicable operating circulars shall govern the payment orders. With respect to payment orders executed through **CHIPS**, the **CHIPS** Operating Rules shall govern the payment orders. With respect to payment orders executed through **SWIFT**, the **SWIFT** operating rules shall govern the payment orders.

10. The Bank will use best efforts to provide oral, written or electronic notice to you of rejection of a payment order on the execution date of the order; provided, however, that the Bank shall not be liable to you for interest compensation for its failure to give such notice.

11. If you are sending a wire transfer to a bank account that is not denominated in U.S. Dollars ("Non-USD Account"), we recommend that you convert your payment into the currency of the Non-USD Account ("Local Currency") and send your wire transfer in Local Currency. If you send U.S. Dollars to a Non-USD Account, your payment may be converted into Local Currency by an intermediary bank or the receiving bank (and we may receive compensation in connection with any such conversion). We are not responsible for the exchange rate applied by any intermediary bank or the receiving bank.

12. **Rates.** The exchange rate that Bank of America will offer you is determined by Bank of America based upon market conditions. Please note that exchange rates for retail transactions are not the same as exchange rates for large inter-bank transactions reported in The Wall Street Journal or elsewhere. Exchange rates offered by other dealers, or shown at other sources (including online sources) may be different from Bank of America's rates. We do not accept any liability if our rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (banknotes, check, wire transfer, etc.).

**Non Real-time Rates.** If we assign a currency exchange rate to your transaction, such exchange rate will be determined by us based upon market conditions. We consider many factors in setting our exchange rates, including without limitation exchange rates charged by other parties, desired rates of return, market risk and credit risk. You acknowledge that exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day, as reported in The Wall Street Journal or elsewhere. Exchange rates offered by other dealers, or shown at other sources (including online sources) may be different from our rates. We do not accept any liability if our rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (banknotes, check, wire transfer, etc.).

95-14-0237NSBW 04-2011     Print a second copy of the form to provide to the customer.