# Exhibit B

**Bank of America**

H

Bank of America, N.A.  
P.O. Box 25118  
Tampa, FL 33622-5118

Page 1 of 3  
Statement Period  
12/01/11 through 12/31/11  
E0   P  PA   0A  60         0207712  
Enclosures 0  
Account Number   4830 4180 4112

03487 001 SCM999       0  
STELLAR RESIDENTIAL REAL ESTATE, LLC  
95 NEW YORK AVE  
SMITHTOWN, NY  11787-3447

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:  
1-888-BUSINESS (1-888-287-4637)

Or you may write to:  
Bank of America, N.A.  
P.O. Box 25118  
Tampa, FL 33622-5118

### Deposit Accounts

## Business Economy Checking
STELLAR RESIDENTIAL REAL ESTATE, LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 4830 4180 4112 | Statement Beginning Balance | $421.00 |
| Statement Period | 12/01/11 through 12/31/11 | Amount of Deposits/Credits | $200,000.00 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $36,035.64 |
| Number of Withdrawals/Debits | 5 | Statement Ending Balance | $164,385.36 |
| Number of Deposited Items | 1 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | $160,933.74 |
| | | Service Charge | $0.00 |

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

H

Page 2 of 3
Statement Period
12/01/11 through 12/31/11
E0   P  PA   0A 60
Enclosures 0
Account Number   4830 4180 4112

STELLAR RESIDENTIAL REAL ESTATE, LLC

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/05 | 200,000.00 | BkofAmerica ATM 12/05 #000002453 Deposit Village Of The B    Smithtown    NY | 946312050002453 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/08 | 9,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch    #0094233 NY Confirmation# 5035849303 | 957712089925901 |
| 12/22 | 9,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch    #0094233 NY Confirmation# 0657199737 | 957512229965436 |
| 12/23 | 9,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch    #0094233 NY Confirmation# 8565818092 | 957812239971514 |
| 12/28 | 9,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch    #0094233 NY Confirmation# 5410004656 | 957712289999450 |

Card Account # 4135 7445 0278 8048:

| 12/01 | 35.64 | CheckCard 1129 Hess 32484 | 929911292366732 |
|---|---|---|---|
| Subtotal | 35.64 | | |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 385.36 | 12/08 | 191,385.36 | 12/23 | 173,385.36 |
| 12/05 | 200,385.36 | 12/22 | 182,385.36 | 12/28 | 164,385.36 |

H

Page 3 of 3

0207714

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) .................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE .................................................................. $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ....................................................................... $ _____
2. Add any deposits not shown on this statement ................................................................. $ _____

SUBTOTAL ............ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | Checks, ATM, Check Card, Electronic Withdrawals | Checks, ATM, Check Card, Electronic Withdrawals |
|---|---|---|
| Date/Check #      Amount | Date/Check #      Amount | Date/Check #      Amount |
|  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ................................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and        Equal Housing Lender

**Bank of America**

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
01/01/12 through 01/31/12
E0   P  PA   0A 60                     0203869
Enclosures 0
Account Number    4830 4180 4112

01487 001 SCM999          0
STELLAR RESIDENTIAL REAL ESTATE, LLC
95 NEW YORK AVE
SMITHTOWN, NY  11787-3447

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call
1-888-BUSINESS (1-888-287-4637)

Or, you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

### Deposit Accounts

## Business Economy Checking

STELLAR RESIDENTIAL REAL ESTATE, LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 4830 4180 4112 | Statement Beginning Balance | $164,385.36 |
| Statement Period | 01/01/12 through 01/31/12 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $164,385.36 |
| Number of Withdrawals/Debits | 12 | Statement Ending Balance | $0.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $98,841.74 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

H

Page 2 of 3
Statement Period
01/01/12 through 01/31/12
E0   P PA   0A 60
Enclosures 0
Account Number   4830 4180 4112

STELLAR RESIDENTIAL REAL ESTATE, LLC

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/03 | 9,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch   #0094233 NY Confirmation# 8560920265 | 957801039948701 |
| 01/03 | 8,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch   #0094233 NY Confirmation# 5434836374 | 957701039951820 |
| 01/03 | 5,936.98 | American Express Des:Web Remit  ID:120101060737341 Indn:Alexander Swanson      Co ID:1133133497 Web | 900603010437610 |
| 01/05 | 9,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr 86Th And Lexington Avenu #0000115 NY Confirmation# 0178337709 | 957501059963991 |
| 01/10 | 8,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch   #0094233 NY Confirmation# 7321119965 | 957801109928493 |
| 01/17 | 8,000.00 | NY Tlr cash withdrawal from Chk 4112 Banking Ctr Village Of The Branch   #0094233 NY Confirmation# 5381557240 | 957701179912152 |
| 01/19 | 40.00 | Account Research Fee Fdes Nnf 0001928 Nbkmju2 | 945001199280412 |
| 01/25 | 115,155.39 | Account Closing Transaction Fdes Nnf 0001928 Nbkmju2 | 945001259287033 |

**Card Account # 4135 7445 0278 8048:**

| Date | Amount | Description | Bank Reference |
|---|---|---|---|
| 01/12 | 503.00 | Chase            01/12 #000819448 Withdrwl | 946301120819448 |
| 01/12 | 2.00 | Chase            01/12 #000819448 Withdrwl | 946301120819448 |
| 01/17 | 500.00 | BkofAmerica ATM 01/15 #000009931 Withdrwl | 946301150009931 |
| 01/18 | 247.99 | CheckCard  0117 Mavis Smithtown 33 | 929901172669487 |
| **Subtotal** | **1,252.99** | | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 164,385.36 | 01/10 | 124,448.38 | 01/18 | 115,195.39 |
| 01/03 | 141,448.38 | 01/12 | 123,943.38 | 01/19 | 115,155.39 |
| 01/05 | 132,448.38 | 01/17 | 115,443.38 | 01/25 | 0.00 |

H

Page 3 of 3

0203871

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement .......... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................ $ _____
2. Add any deposits not shown on this statement ................................................................... $ _____

SUBTOTAL ............ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | Checks, ATM, Check Card, Electronic Withdrawals | Checks, ATM, Check Card, Electronic Withdrawals |
|---|---|---|
| Date/Check #    Amount | Date/Check #    Amount | Date/Check #    Amount |
|  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ......................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America**

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
11/01/11 through 11/30/11
E0  P PA  0A 60                 0223489
Enclosures 0
Account Number  4830 4180 4112

01487 001 SCM999           0
STELLAR RESIDENTIAL REAL ESTATE, LLC
95 NEW YORK AVE
SMITHTOWN NY 11787-3447

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

This holiday season, you can make 3 times the difference in the fight against hunger. For every $1 you give through the Bank of America Gift for Opportunity Fund, we'll give $2, up to $500,000. Together, we'll donate thousands of meals to people in need through Feeding America's Give a Meal campaign. To give, visit www.bankofamerica.com/give.

H

STELLAR RESIDENTIAL REAL ESTATE, LLC

Page 2 of 3
Statement Period
11/01/11 through 11/30/11
E0   P  PA   0A 60
Enclosures 0
Account Number   4830 4180 4112

## Deposit Accounts

### Business Economy Checking

STELLAR RESIDENTIAL REAL ESTATE, LLC

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 4830 4180 4112 | Statement Beginning Balance | $200.00 |
| Statement Period | 11/01/11 through 11/30/11 | Amount of Deposits/Credits | $300.00 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $79.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $421.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $164.70 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

#### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 11/29 | 300.00 | BkofAmerica ATM 11/29 #000009098 Deposit Village Of The B   Smithtown   NY | 946311290009098 |

#### Withdrawals and Debits
#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 11/10 | 79.00 | Check Order00487 Des:Fee      ID:U023530686 Indn:Stellar Residential Re  Co ID:0000000487 Ppd | 900614008134357 |

#### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 200.00 | 11/10 | 121.00 | 11/29 | 421.00 |

H

Page 3 of 3

0223491

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here .................................................................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement .............. $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ............................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................................................................... $ _____
2. Add any deposits not shown on this statement .......................................................................................................... $ _____

SUBTOTAL ............. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........................................ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender